IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROGER HEATER,
Individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.                  //   CIVIL ACTION NO. 1:21CV24
                               (Judge Keeley)

GENERAL MOTORS, LLC,

        Defendant.

## ORDER DISMISSING CASE

Having received the parties' notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** the referenced case with prejudice, with each party to bear their own fees and costs.

It is so **ORDERED**.

The Clerk **SHALL** transmit copies of this Order to counsel of record and strike this case from the Court's active docket.

DATED: May 9, 2022

                        /s/ Irene M. Keeley
                        IRENE M. KEELEY
                        UNITED STATES DISTRICT JUDGE